■ MICHAEL J. JONES, Respondent, v MAUREEN E. TORPEY et al., Appellants, and CANEISHA N. DOSS et al., Respondents.

(Appeal No. 1.) [45 NYS3d 845]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 14, 2016. The order, among other things, granted plaintiff's motion for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.